**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anif Christopher WILLIAMS, Defendant—Appellant.**

No. 11–7666.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 23, 2012.

Anif Christopher Williams, Appellant Pro Se. Jennie L.M. Waering, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anif Christopher Williams appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Williams*, No. 3:93–cr–00010–JPJ–2 (W.D.Va. Nov. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*